

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2014

No. 04-13-00667-CR

Raymond Sandoval **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 383282
Honorable Genie Wright, Judge Presiding

# O R D E R

Sitting: Catherine Stone, Chief Justice
Karen Angelini, Justice
Luz Elena D. Chapa, Justice

In light of the opinion in *Taylor v. State*, No. PD-0180-13, 2014 WL 440990 (Tex. Crim. App. Feb. 5, 2014), we withdraw the opinion and order we issued in this appeal on January 8, 2013, and reinstate the appeal on the docket of this court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court